IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Crown Cork & Seal USA, Inc.**, | : |
| Plaintiff, | : |
| v. | : No. 05-CV-0438 |
| **Anheuser-Busch, Inc.** and **Metal Container Corporation**, | : |
| Defendants. | : |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff, by and through counsel, hereby dismiss the above captioned action without prejudice.

Respectfully submitted,

Dated: March 25, 2005

Dale M. Heist
Lynn A. Malinoski
Chad E. Zeigler
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA  19103
(215) 568-3100 telephone
(215) 568-3439 facsimile

  *MS1367*
Robert C. Heim
Diane Siegel Danoff
Marc S. Segal
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19086
(215) 994-4000 telephone
(215) 994-2222 facsimile
Attorneys for Plaintiff
Crown Cork & Seal USA Inc.